E-FILED
Wednesday, 13 February, 2013  04:29:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ALLEN D. HATTEN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>COMMISSIONER OF SOCIAL SECURITY, )<br>sued as Michael J. Astrue, Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | Case No. 11-CV-2177 |

## ORDER

A Report and Recommendation (#23) was filed by Magistrate Judge David G. Bernthal in the above cause on January 22, 2013.  More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#23) is accepted by this court.

(2) Defendants' Motion for an Order Which Affirms the Commissioner's Decision (#20) is DENIED and Plaintiff's Motion for Summary Judgment (#17) is GRANTED.

(3) The Commissioner's decision is reversed, and this case is remanded for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge (ALJ) may: (1) reconsider whether Plaintiff's brain tumor met or equaled Listing 13.13A as of January 1, 2008; and (2) if the ALJ finds that Plaintiff's brain tumor no longer

met or equaled listing 13.13A as of January 1, 2008, reevaluate Plaintiff's credibility and, accordingly, his residual functional capacity (RFC).

(4) The clerk of the court is directed to enter judgment in favor of Plaintiff.

(5) This case is terminated.

ENTERED this 13th day of February, 2013

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE